**United States Mortgage Company, appellee, v. Union Drop Forge Company et al., appellants. Gen. No. 29,288.**

Action upon promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

John Wm. Chapman, for appellants. Frank B. Murray, for appellee; Joseph Henry Lawler, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**James R. Miller, defendant in error, v. American Automobile Underwriters of Illinois, plaintiff in error. Gen. No. 29,101.**

Action upon policy of insurance against loss by fire or theft. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Alfred Roy Hulbert, for plaintiff in error. Freeman, Mason & Igoe, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**Hannah Billings, defendant in error, v. Michael Huck, plaintiff in error. Gen. No. 29,156.**

Action for personal injuries in automobile collision. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Julius C. Kern, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Alfred Roy Hulbert, for plaintiff in error. Lyman, Adams & Bishop, for defendant in error; George Pfirshing, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**M. J. Dwyer, appellant, v. Louis Broudy, appellee. Gen. No. 29,196.**

Action upon contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and judgment here for $150. Opinion filed October 7, 1924.

Sumner C. Palmer, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.